IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **WESLEY BRIAN KASTER,** <br> [DOB: 01/27/1977] <br><br> Defendants. | No. 19-04031-01-CR-C-BCW <br><br> **COUNT 1** <br> 18 U.S.C. § 844(f)(1) <br> NLT 5 Years Imprisonment <br> NMT 20 Years Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years Supervised Release <br> Class C Felony <br><br> **COUNT 2** <br> 18 U.S.C. § 844(i) <br> NLT 5 Years Imprisonment <br> NMT 20 Years Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years Supervised Release <br> Class C Felony <br><br> $100 Special Assessment (Each Count) |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT**:

**COUNT 1**
(Explosive Materials – Malicious Damage to Federal Property)
<u>18 U.S.C. § 844(f)(1)</u>

On or about February 10, 2019, within Boone County, in the Western District of Missouri, and elsewhere, the defendant, **WESLEY BRIAN KASTER**, maliciously damaged and destroyed and attempted to damage and attempted to destroy a building, 711 North Providence Road, Columbia, Missouri, in whole and in part owned, possessed by, or leased to Planned Parenthood Great Plains, the Columbia Health Center, an organization receiving Federal financial assistance by means of fire and explosive materials, in violation of Title 18, United States Code, Section 844(f)(1).

# COUNT 2
(Explosive Materials – Malicious Use)
<u>18 U.S.C. § 844(i)</u>

On or about February 10, 2019, within Boone County, in the Western District of Missouri, and elsewhere, the defendant, **WESLEY BRIAN KASTER**, maliciously damaged and destroyed and attempted to damage and attempted to destroy by means of fire and explosive materials a building, 711 North Providence Road, Columbia, Missouri, used in an activity affecting interstate commerce, in violation of Title 18, United States Code, Section 844(i).

**A TRUE BILL.**

*/S/ Samie Hill*
**FOREPERSON OF THE GRAND JURY**

*/S/ Michael S. Oliver*
**MICHAEL S. OLIVER**
Assistant United States Attorney
Missouri Bar No. 41832

Dated: 03/20/2019