# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **WESLEY BRIAN KASTER,** <br> [DOB: 01/27/1977] <br><br> Defendants. | No. 19-04031-01-CR-C-BCW <br><br> **COUNT 1** <br> 18 U.S.C. § 844(f)(1) <br> NLT 5 Years Imprisonment <br> NMT 20 Years Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years Supervised Release <br> Class C Felony <br><br> **COUNT 2** <br> 18 U.S.C. § 248(a)(3) <br> NMT 1 Year Imprisonment <br> NMT $100,000 Fine <br> NMT 1 Year Supervised Release <br> Class A Misdemeanor <br><br> Mandatory Restitution <br> $100 Special Assessment (Count 1) <br> $25 Special Assessment (Count 2) |

## S U P E R S E D I N G   I N F O R M A T I O N

**THE UNITED STATES ATTORNEY CHARGES THAT**:

### COUNT 1
(Explosive Materials – Malicious Damage to Federal Property)
<u>18 U.S.C. § 844(f)(1)</u>

On or about February 10, 2019, within Boone County, in the Western District of Missouri, and elsewhere, the defendant, **WESLEY BRIAN KASTER**, maliciously damaged and destroyed and attempted to damage and attempted to destroy a building, 711 North Providence Road, Columbia, Missouri, in whole and in part owned, possessed by, or leased to Planned Parenthood Great Plains, the Columbia Health Center, an organization receiving Federal financial assistance by means of fire and explosive materials, in violation of Title 18, United States Code, Section 844(f)(1).

## COUNT 2
(Freedom of Access to Clinic Entrances)
18 U.S.C. § 248(a)(3)

On or about February 10, 2019, within Boone County, in the Western District of Missouri, and elsewhere, the defendant, **WESLEY BRIAN KASTER**, intentionally attempted to damage the property of a facility, that is, 711 North Providence Road, Columbia, Missouri, in whole and in part owned, possessed by, or leased to Planned Parenthood Great Plains, the Columbia Health Center, because such facility provided reproductive health services, in violation of 18 U.S.C. § 248(a)(3) and (b)(1).

                                         **Timothy A. Garrison**
                                         United States Attorney

By   *s/ Michael S. Oliver*

                                         **MICHAEL S. OLIVER**
                                         Assistant United States Attorney
                                         Missouri Bar No. 41832

Dated: 11/12/2019