IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

## CHANGE OF PLEA

| | |
|---|---|
| United States of America | Case Number: 19-4031-01-CR-C-BCW |
| vs | Court Recorder/CRD: J. Price |
| Wesley Brian Kaster | Date: 11/21/2019 |

Honorable Willie J. Epps, Jr. presiding at Jefferson City, Missouri

Time: 10:01 – 10:14 am

**APPEARANCES**  Government: Michael Oliver
Defendant: Troy Stabenow
USPO: Jennifer Simons

Defendant appears to waive indictment and enter a plea of guilty to an information.

- Defendant signed and filed the consent to plea before a magistrate form.
- Court reads the charge and range of punishment.
- Court questioned defendant regarding his age, education, physical and mental condition.
- Court questioned defendant regarding the plea agreement and advises defendant of rights waived by pleading guilty.
- Plea agreement filed.
- Court finds defendant's plea is free and voluntary; factual basis presented by the government.
- Court orders a Pre-sentence Investigation Report.
- Court will enter a report and recommendation recommending acceptance of the plea by the district judge.
- Defendant remains in custody pending sentencing.