IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| United States of America, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WESLEY BRIAN KASTER, )<br>)<br>Defendant. )<br>_____ ) | Case No. 19-04031-01-CR-C-BCW<br><br>Date: September 2, 2020 |

## MINUTE SHEET

HONORABLE Brian C. Wimes, presiding at Jefferson City, Missouri
========================================================================
Nature of Hearing: Sentencing

Time Commenced: 9:55 a.m.              Time Terminated: 10:07 a.m.

Plaintiff by: Mike Oliver, AUSA        Defendant by: Troy Stabenow, AFPD


Proceedings: All parties appear as indicated above. Defendant in person. Court in session. Presentence investigation report reviewed and adopted. Counsel present argument as to punishment. Defendant granted allocution.

SENTENCE: Defendant is committed to BOP for term of 60 months as to Count 1s of the Superseding Information, and 12 months as to Count 2s, to run concurrently. Following term of incarceration, defendant will be placed on Supervised Release for term of 3 years as to Count 1s, and 1 year as to Count 2s, to run concurrently. The Government orally moves to dismiss Counts 1 and 2 of the Original Indictment. The defendant is advised of right to appeal. Defendant is remanded to custody of USM.


Probation Officer: Jennifer Simons
Courtroom Deputy: Christy Anderson
Court Reporter: Judy Moore